CHIEF JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 14-102 MJP |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| vs. ) | MOTION TO CONTINUE TRIAL |
| ) | DATE AND EXTEND DUE DATE OF |
| HARMINDER SINGH RAI, and ) | PRETRIAL MOTIONS |
| TUAN VAN DANG, ) | |
| ) | |
| Defendants. ) | |

Based on the defendants' unopposed motion to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting these continuances outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

(PROPOSED) ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
EXTEND DUE DATE OF PRETRIAL MOTIONS
(*Harminder Rai & Tuan Dang*; CR14-102MJP)     - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  4. Taking into account the exercise of due diligence, continuances are necessary
2  to allow the defendants the reasonable time for effective preparation of their defense.
3  18 U.S.C. § 3161(h)(7)(B)(iv).
4  NOW, THEREFORE,
5  IT IS HEREBY ORDERED that the trial date is continued from June 16, 2014,
6  to December 8, 2014. The resulting period of delay from June 16, 2014, to December 8,
7  2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and
8  (B).
9  Pretrial motions are due no later than September 15, 2014.
10  DONE this 7th day of May, 2014.

Marsha J. Pechman
United States District Judge

Presented By:

*s/ Russell V. Leonard*
Russell V. Leonard, WSBA No. 19972
Assistant Federal Public Defender
Attorney for Tuan Van Dang

*s/ Jeffrey A. Lustick*
Jeffrey A. Lustick, WSBA No. 27072
Attorney for Harminder Rai Singh

(PROPOSED) ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
EXTEND DUE DATE OF PRETRIAL MOTIONS
(*Harminder Rai & Tuan Dang*; CR14-102MJP)   - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100